No. 582. EPHRAIM LEDERER, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* FIDELITY TRUST COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assis-

tant Attorney General, for petitioner. *Mr. H. Gordon McCouch* for respondent.